UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JEROME WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:16-CV-387 WL |
| ) | |
| RON NEAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

Jerome Williams, a pro se prisoner, filed this complaint in the Hammond Division naming six defendants. He is already suing these six defendants in *Williams v. Neal*, 3:15-CV-428 (N.D. Ind. filed September 21, 2015), a case he filed in the South Bend Division. The claims he is raising against these six defendants are the same. It is unclear why he filed this case. It is unclear why he sent it to the Hammond courthouse. It is clear this case is a duplicate. It is clear that suing the same defendants for the same conduct in two different cases in two different divisions is malicious.

For these reasons this case is **DISMISSED** pursuant to 28 U.S.C. § 1915A.

SO ORDERED.

ENTERED: March 16, 2017

                                                     s/William C. Lee
                                                     William C. Lee, Judge
                                                     United States District Court